IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIRKLAND SHOEMAKER,**  **PLAINTIFF**

v.  Case No. 4:25-CV-00206-JM-JTK

**FAULKNER COUNTY DETENTION CENTER**  **DEFENDANT**

# ORDER

Kirkland Shoemaker ("Plaintiff") has filed a Motion to Dismiss. (Doc. No. 4). Plaintiff's Motion (Doc. No. 4) is GRANTED. FED. R. CIV. P. 41(a). Plaintiff's claims are dismissed without prejudice. Plaintiff's Motion for Leave to proceed *in forma pauperis* (Doc. No. 3) is DENIED as moot.

IT IS SO ORDERED this 2nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE