# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KIRKLAND SHOEMAKER,**                                            **PLAINTIFF**

**v.**                  **Case No. 4:25-CV-00206-JM-JTK**

**FAULKNER COUNTY DETENTION CENTER**                       **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 2nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE